# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANDRE BATISTE,

Plaintiff(s),

v.

CLARK COUNTY SCHOOL DISTRICT, et al.,

Defendant(s).

Case No. 2:17-cv-00227-APG-GWF

ORDER

(Docket No. 22)

Pending before the Court is the motion that Defendant Jon Howard not appear in person for the upcoming early neutral evaluation. Docket No. 22. Plaintiff filed a response in opposition, and Defendants filed a reply. Docket No. 25, 26. Because Defendant has failed to persuade the Court that Mr. Howard's attendance will not be beneficial, the motion is **DENIED**.

To ensure that the parties participate in the early neutral evaluation in accordance with the decorum and civility required by the Court, *see, e.g.*, Local Rule 1-1(c), the Court feels compelled to admonish Plaintiff's counsel that personal attacks and over-the-top rhetoric are not helpful or appropriate. Such conduct will not be tolerated at the early neutral evaluation.

IT IS SO ORDERED.

Dated: August 25, 2017

_____
Nancy J. Koppe
United States Magistrate Judge