CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, Nevada 89146
(702) 799-5373
Attorney for Defendant,
CLARK COUNTY SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDRE BATISTE, | CASE NO. 2:17-cv-00227-APG-GWF |
| Plaintiff, | **STIPULATION TO EXTEND MOTION DEADLINE** |
| v. | (First Request) |
| CLARK COUNTY SCHOOL DISTRICT; JON HOWARD, an individual; DOES I-X, inclusive, and ROE ENTITIES I-X, inclusive, | |
| Defendants. | |

COME NOW, the parties, by and through their attorneys of record, and hereby stipulate and agree to extend the motion deadline thirty (30) days from the current deadline of February 12, 2018, up to and including March 14, 2018. This is the first request to extend the motion deadline. This request is made in good faith for the reasons described below and not for any reason of delay.

The parties completed depositions during the last week of the discovery period and are currently waiting for transcripts from said depositions. Moreover, Plaintiff's counsel contacted defense counsel regarding a potential resolution of the matter at the close of discovery. The parties expect to know whether a resolution is reached within the next 2 weeks. The parties request this extension to allow sufficient time for counsel to fully explore the

recent settlement proposal and to allow for counsel's receipt of the deposition transcripts taken the final week of the discovery period.

Therefore, the parties respectfully request that the motion deadline be extended thirty (30) days up to and including March 14, 2018.

DATED this 19th day of January, 2018.

CLARK COUNTY SCHOOL DISTRICT
Office of the General Counsel

By: /s/ S. Scott Greenberg
    S. SCOTT GREENBERG
    Nevada Bar No. 4622
    5100 W. Sahara Ave.
    Las Vegas, Nevada 89146
    (702) 633-8911
    Attorney for CCSD

By: /s/ F. Travis Buchanan
    F. TRAVIS BUCHANAN
    Nevada Bar No. 9371
    701 E. Bridger Ave., #540
    Las Vegas, NV 89101
    (702) 943-0305
    Attorney for Plaintiff

**IT IS SO ORDERED:**

Date: 1/22/2018

_George Foley Jr._
U.S. MAGISTRATE JUDGE