CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, Nevada 89146
(702) 799-5373
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDRE BATISTE, | CASE NO. 2:17-cv-00227-APG-GWF |
| Plaintiff, | **STIPULATION TO EXTEND MOTION DEADLINE** |
| v. | (Second Request) |
| CLARK COUNTY SCHOOL DISTRICT; JON HOWARD, an individual; DOES I-X, inclusive, and ROE ENTITIES I-X, inclusive, | |
| Defendants. | |

COME NOW, the parties, by and through their attorneys of record, and hereby stipulate and agree to extend the motion deadline thirty (30) days from the current deadline of March 14, 2018, up to and including April 13, 28014. This is the second request to extend the motion deadline. This request is made in good faith for the reasons described below and not for any reason of delay.

The parties completed depositions during the last week of the discovery period and have been waiting for transcripts from said depositions. There was a mis-communication with the court reporter's office delaying receipt of Plaintiff's deposition transcript and it is believed the transcript will be available on March 9, 2018. Defendant Howard is retired from the District and it has also taken longer than anticipated to obtain necessary input from him for defendants' dispositive motion. Furthermore, defense

counsel has been working on other litigation matter deadlines including a proposed pre-trial order in Case Case No. 2:15-cv-00793-APG-GWF and a Nevada Supreme Court opening brief due March 20, 2018, in Nevada Supreme Court Case No. 73348. Additionally, counsel have had positive settlement discussions which they reasonably believe may resolve the matter without the necessity of filing dispositive motions.

Therefore, the parties respectfully request that the motion deadline be extended thirty (30) days up to and including April 13, 2018.

DATED this 7th day of March, 2018.

CLARK COUNTY SCHOOL DISTRICT
Office of the General Counsel

By: /s/ S. Scott Greenberg
S. SCOTT GREENBERG
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, Nevada 89146
(702) 633-8911
Attorney for CCSD

By: /s/ F. Travis Buchanan
F. TRAVIS BUCHANAN
Nevada Bar No. 9371
701 E. Bridger Ave., #540
Las Vegas, NV 89101
(702) 943-0305
Attorney for Plaintiff

**IT IS SO ORDERED:**

Date: 3/8/2018

_____
U.S. MAGISTRATE JUDGE